UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREAS GIRKE, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

            Plaintiffs,

-vs-                          Case No. 6:08-cv-461-Orl-28KRS

CAMILLO HOME BUILDERS OF
ORLANDO, LLC,

            Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. No. 12) filed May 29, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 18, 2008 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. No. 12) is **GRANTED in part** and **DENIED in part**.

3.  Default judgment is entered against Defendant Camillo Home Builders of Orlando, LLC on Plaintiff's claim for violation of the overtime provisions of the Fair Labor Standards Act ("FLSA").

4.  Defendant Camillo Home Builders of Orlando, LLC is ordered to pay Plaintiff damages in the amount of $15,995.20, attorney's fees in the amount of $928.00, and costs in the amount of $405.00.

5.  The collective action allegations of the complaint are **DISMISSED.**

6.  The Clerk is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party